F. M. Dowling and Isaac Dowling, Plaintiffs in Error, vs. Lutie W. Benton and Delevan P. Upson, partners doing business under the firm name of Benton & Upson, Defendants in Error.

Writ of Error to Circuit Court Duval county.

*W. P. Ward*, for Plaintiffs in Error.

*Stephen E. Foster*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment

for the plaintiffs and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.